IDA D. SCHOEN, Appellant, v. DON U. GOULD and Others, Respondents.—

Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.